1
2
3
4
5   **UNITED STATES DISTRICT COURT**
6   **DISTRICT OF NEVADA**
7
8   ISABELO VALDEZ,                                    2:12-CV-200 JCM (RJJ)
9              Plaintiff,
10  v.
11  COUNTRYWIDE HOME LOANS, INC.,
12  et al.,
13             Defendants.
14
15                                        **ORDER**
16         Presently before the court is defendants Countrywide Home Loans, Inc., Bank of America,
17  N.A., in its own right and as successor by merger to BAC Home Loans Servicing, L.P. *fka*
18  Countrywide Home Loans Servicing, L.P., The Bank of New York Mellon, *fka* The Bank of New
19  York, as Trustee for the Certificate Holders of CWABS Asset Backed Certificates Trust 2005-AB4,
20  and ReconTrust Company, N.A.'s motion to dismiss. (Doc. #4).  *Pro se* plaintiff Isabelo Valdez
21  failed to file an opposition.
22         The property at issue in this case is located at 8250 N. Grand Canyon Drive, Condo 1098,
23  Las Vegas, Nevada. (Doc. #1).  Countrywide loaned plaintiff $151,000 and secured the loan with
24  a deed of trust for the property. (Doc. #4, Ex. B).  No foreclosure process has been initiated against
25  the property. (Doc. #4).
26         Pursuant to Nevada Local Rule 7-2(d), "the failure of an opposing party to file points and
27  authorities in response to any motion shall constitute a consent to the granting of the motion."
28

**James C. Mahan**
**U.S. District Judge**

1. However, the court will not automatically grant every unopposed motion. In *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995), the Ninth Circuit held that the court had to weigh the following factors before dismissing the action: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions.

Plaintiff failed to oppose the motion to dismiss, and the court further finds that the *Ghazali* factors weigh in favor of dismissing the action as to these defendants. *Ghazali*, 46 F.3d at 53; *see also* LR 7-2(d).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Countrywide Home Loans, Inc., Bank of America, N.A., in its own right and as successor by merger to BAC Home Loans Servicing, L.P. *fka* Countrywide Home Loans Servicing, L.P., The Bank of New York Mellon, *fka* The Bank of New York, as Trustee for the Certificate Holders of CWABS Asset Backed Certificates Trust 2005-AB4, and ReconTrust Company, N.A.'s motion to dismiss (doc. #4) be, and the same hereby is, GRANTED.

DATED April 11, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**