UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ISABELO VALDEZ,<br><br>            Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOME LOANS, INC., et al.,<br><br>            Defendants. | 2:12-CV-200 JCM (RJJ) |

**ORDER**

Presently before the court is defendants Countrywide Home Loans, Inc., Bank of America, N.A., in its own right and as successor by merger to BAC Home Loans Servicing, L.P. *fka* Countrywide Home Loans Servicing, L.P., The Bank of New York Mellon, *fka* The Bank of New York, as Trustee for the Certificate Holders of CWABS Asset Backed Certificates Trust 2005-AB4, and ReconTrust Company, N.A.'s motion to dismiss. (Doc. #4). *Pro se* plaintiff Isabelo Valdez failed to file an opposition.

The property at issue in this case is located at 8250 N. Grand Canyon Drive, Condo 1098, Las Vegas, Nevada. (Doc. #1). Countrywide loaned plaintiff $151,000 and secured the loan with a deed of trust for the property. (Doc. #4, Ex. B). No foreclosure process has been initiated against the property. (Doc. #4).

Pursuant to Nevada Local Rule 7-2(d), "the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion."

**James C. Mahan**
**U.S. District Judge**

1. However, the court will not automatically grant every unopposed motion. In *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995), the Ninth Circuit held that the court had to weigh the following factors before dismissing the action: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions.

Plaintiff failed to oppose the motion to dismiss, and the court further finds that the *Ghazali* factors weigh in favor of dismissing the action as to these defendants. *Ghazali*, 46 F.3d at 53; *see also* LR 7-2(d).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants Countrywide Home Loans, Inc., Bank of America, N.A., in its own right and as successor by merger to BAC Home Loans Servicing, L.P. *fka* Countrywide Home Loans Servicing, L.P., The Bank of New York Mellon, *fka* The Bank of New York, as Trustee for the Certificate Holders of CWABS Asset Backed Certificates Trust 2005-AB4, and ReconTrust Company, N.A.'s motion to dismiss (doc. #4) be, and the same hereby is, GRANTED.

DATED April 11, 2012.

_____
UNITED STATES DISTRICT JUDGE